UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVERILDO GARCIA,

    Petitioner,

v.                                                        Case No.:  8:10-cv-1776-T-24
                                                                                8:02-cr-435-T-24

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This cause is before the Court upon Petitioner Everildo Garcia's Motion for Certificate of Appealability.  (CV Doc. No. 6).  On August 24, 2010, this Court denied Petitioner's § 2255 motion and denied him a certificate of appealability.  (CV Doc. No. 3).  For the same reasons as set forth in this Court's August 24, 2010 order, Petitioner's Motion for Certificate of Appealability (CV Doc. No. 6) is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida, this 10th day of September, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Petitioner